**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONALD SHUMPERT,

        Petitioner,

v.                                        Case No. 16-11565

THOMAS WINN,

        Respondent.
_____/

**JUDGMENT**

In accord with the court's "Order Granting Respondent's Motion to Dismiss, Denying Certificate of Appealability, and Denying as Moot Petitioner's Motion for Evidentiary Hearing,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Thomas Winn and against Petitioner Donald Shumpert.

Dated at Port Huron, Michigan, this 28th day of March.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 28, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 28, 2017, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522